# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

FILED  
2014 NOV 17 PM 3:02

November 07, 2014

Ms. Celamaine Cunniff  
Office of the Attorney General  
Law Enforcement Defense Division  
300 W. 15th Street - 7th Floor  
William P. Clements Building  
Austin, TX 78701-1220

No. 14-50388    Clarence Brown v. Allison Taylor, et al  
USDC No. 3:13-CV-17 FM

Dear Counsel:

Enclosed is a revised caption in the above case reflecting the substitution of Marsha McLane for Allison Taylor, in her official capacity.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Melissa B. Courseault, Deputy Clerk  
504-310-7701

Mr. Daniel H. Hernandez  
Mr. Clarence D. Brown

| 14-50388 |
|---|
| CLARENCE D. BROWN,<br><br>Plaintiff - Appellant<br><br>v.<br><br>ALLISON TAYLOR, In Her Individual Capacity as Executive Director, OVSOM; MARSHA MCLANE, In Her Official Capacity as Executive Director, OVSOM; DIANA LEMON, In Her Offical and Individual Capacity as Program Specialist/Case Manager OVSOM; BRIAN COSTELLO, In His Official and Individual Capacity as President, Avalon Correctional Services; OFFICE OF VIOLENT SEX OFFENDER MANAGEMENT; AVALON CORRECTIONAL SERVICES, INCORPORATED; CARLOS MORALES, In His Official and Individual Capacity as Facility Director,<br><br>Defendants - Appellees |